### FRANK E. VOGEL

*v.*

### WILLIAM DUNN.

*Filed at Ottawa November 1, 1895.*

The decision in the case of *Vogel* v. *Pekoc,* 157 Ill. 339, must govern this, the questions involved in the two cases being similar.

APPEAL from the Superior Court of Cook county; the Hon. JOHN BARTON PAYNE, Judge, presiding.

DUPEE, JUDAH, WILLARD & WOLF, for appellant.

OLSON, FRAZIER & BANTLE, for appellee.

Per CURIAM: The questions involved in this case are the same as those decided in the case of *Vogel* v. *Pekoc,* 157 Ill. 339. The decision in this case must follow that in the *Pekoc case.* The judgment is accordingly affirmed.

*Judgment affirmed.*